# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA DIXON, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | No. |
| THE WASHINGTON AND JANE SMITH COMMUNITY –BEVERLY, an Illinois Not-For-Profit Corporation d/b/a SMITH SENIOR LIVING, SMITH CROSSING, and SMITH VILLAGE, KEVIN McGEE, MARTI JATIS, and KRONOS, INC. | |
| Defendants. | |

## DECLARATION OF ALYCE MOORE

I, Alyce Moore, hereby declare under penalty of perjury as follows:

1. I have personal knowledge of the matters set forth herein and could competently testify to these matters if called to do so as a witness in court.

2. I am Vice President and General Counsel at Kronos Incorporated ("Kronos") and, in this position, I have knowledge of Kronos' corporate structure.

3. Kronos is a Massachusetts corporation with its headquarters and principal place of business in Lowell, Massachusetts.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated this 6th day of November, 2017.

_____
Alyce Moore