UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Cynthia Dixon

                  Plaintiff,

v.

The Washington and Jane Smith Community−Beverly, et al.

                  Defendant.

Case No.: 1:17−cv−08033

Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 7, 2019:

    MINUTE entry before the Honorable Matthew F. Kennelly: Rule 16(b) status hearing held on 1/7/2019 with attorneys for all parties. Response to motion to strike is due 2/7/2019; reply is due 2/21/2019. Telephone status hearing, to be initiated by the parties, is set for 1/22/2019 at 9:00 a.m. for the purpose of discussing the status of settlement negotiations. Fact discovery cutoff date is extended to 4/1/2019. Final extension. Rule 26(a)(2) disclosures are due by 4/29/2019 for plaintiff and 5/28/2019 for defendants. Expert discovery ordered closed 6/28/2019. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.