UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Cynthia Dixon

Plaintiff,

v.

Case No.: 1:17−cv−08033

Honorable Matthew F. Kennelly

The Washington and Jane Smith Community−Beverly, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 13, 2019:

MINUTE entry before the Honorable Matthew F. Kennelly: Telephone status hearing held on 3/13/2019 with attorneys for all parties. The parties have reached a proposed class settlement, subject to completing necessary documentation. Motion for preliminary approval is to be filed by no later than 4/30/2019 and noticed for hearing on 5/2/2019. Status hearing is set for 5/2/2019 at 9:30 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.