# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Cynthia Dixon

                              Plaintiff,

v.

                              Case No.:
                              1:17−cv−08033

                              Honorable Matthew F. Kennelly

The Washington and Jane Smith Community−Beverly, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 1, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Joint motion for extension of time [76] is granted; deadline for filing motion for preliminary approval of class settlement is extended to 5/9/2019. The status hearing set for 5/2/2019 is vacated and reset to 5/14/2019 at 9:30 AM. The motion for preliminary approval is to be noticed for presentment on that date. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.