**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORHTERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CYNTHIA DIXON, individually, and on behalf of all others similarly situated,** | ) ) ) | |
| **Plaintiff,** | ) ) | **Case No. 1:17-cv-08033** |
| **v.** | ) ) ) | **Honorable Judge Matthew F. Kennelly** |
| **THE WASHINGTON & JANE SMITH HOME**, *et al.*, | ) ) ) | |
| **Defendants.** | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Tuesday, May 14, 2019** at **9:30 a.m**. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Matthew F. Kennelly, or any judge sitting in his stead, in the courtroom usually occupied by him at 219 S. Dearborn, Chicago, Illinois, Room 2103, and present **PLAINTIFF'S UNOPPOSED MOTION AND MEMORANDUM IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT.**

Respectfully submitted,

*/s/ Haley R. Jenkins*
Ryan F. Stephan
James B. Zouras
Haley R. Jenkins
STEPHAN ZOURAS, LLP
100 N. Riverside Plaza, Suite 2150
Chicago, IL 60606
Telephone: 312-233-1550
rstephan@stephanzouras.com
jzouras@stephanzouras.com
hjenkins@stephanzouras.com

2

## CERTIFICATE OF SERVICE

I, an attorney, hereby certify that on May 9, 2019 a true and correct copy of the foregoing PLAINTIFF'S UNOPPOSED MOTION AND MEMORANDUM IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT was electronically filed via this Court's electronic filing system and will send notification of such filing to the listed attorneys of record.

*s/ Haley R. Jenkins*