# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Cynthia Dixon

Plaintiff,

v.

Case No.: 1:17−cv−08033

Honorable Matthew F. Kennelly

The Washington and Jane Smith Community−Beverly, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 14, 2019:

MINUTE entry before the Honorable Matthew F. Kennelly: Status and motion hearing held. Plaintiff's unopposed motion for preliminary approval of class action settlement [79] is granted. The Court finds it to be within the range of reasonableness. Counsel for Plaintiff to file its motion for final approval by 8/12/2019. Fairness hearing set for 8/20/2019 at 9:30 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.