UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Cynthia Dixon

          Plaintiff,

v.

Case No.: 1:17−cv−08033

Honorable Matthew F. Kennelly

The Washington and Jane Smith Community−Beverly, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 22, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendants' counsel sent a letter to chambers (with a copy to opposing counsel) advising the Court of an error that results in additional class members and seeking an extension of deadlines set by the Court. Given the fact that the proposed settlement is a class settlement, the matters in question need to be made a matter of record. If defendants want an extension, they should promptly file a motion. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.