# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Cynthia Dixon

Plaintiff,

v.

Case No.:
1:17−cv−08033
Honorable Matthew
F. Kennelly

The Washington and Jane Smith
Community−Beverly, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 5, 2019:

     MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's unopposed motion for leave to amend the class action settlement agreement [91], which is noticed for presentment on 6/11/2019, is granted. In light of this ruling, the motions set for hearing on 6/6/2019 [86] [87] are terminated as moot. Counsel are directed to submit a Word version of the proposed revised preliminary approval order to Judge Kennelly's proposed order e−mail address. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.