# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Cynthia Dixon

                             Plaintiff,

v.                                                                            Case No.: 1:17−cv−08033

                                                                            Honorable Matthew F. Kennelly

The Washington and Jane Smith Community−Beverly, et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 20, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 8/20/2019. Motion for final approval of settlement [97] and petition for attorneys' fees [99] are granted. Draft orders to be submitted to Judge Kennelly's proposed order email address. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.